# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, J.A. FISCHER, D.J. SMITH**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**DAMIEN L. HOLMES**
**PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS**

**NMCCA 201400019**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 21 October 2013.
**Military Judge:** Maj N.A. Martz, USMC.
**Convening Authority:** Commanding Officer, 2d Intelligence Battalion, II Marine Expeditionary Force, Camp Lejeune, NC.
**Staff Judge Advocate's Recommendation:** LtCol G.W. Riggs, USMC.
**For Appellant:** CDR Suzanne M. Lachelier, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**27 March 2014**

---------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court